In the Matter of the Probate of the Will of HENRY REIMERS, Deceased.

JOHN BAHBENBURG, as Executor, et al., Appellants; EDNA L. WEIGELT, Individually and as Executrix, Respondent.

(Submitted March 11, 1935; decided March 19, 1935.)

*Arthur T. O'Leary* for motion.

*Herman B. Forman* opposed.

Motion denied with leave to renew on the argument of the appeal.